UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BILL NEELEY,

          Plaintiff,

-against-

CREDITOR'S FINANCIAL GROUP, LLC,

          Defendant.

**VERIFIED COMPLAINT and DEMAND FOR JURY TRIAL**

NOW COMES Plaintiff, Bill Neeley ("Plaintiff"), by and through his attorneys, Krohn & Moss, Ltd., for his Verified Complaint against Defendant, Creditor's Financial Group, LLC ("Defendant"), alleges as follows:

Nature of the Action

1. This action is brought by Plaintiff pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

Parties

2. Plaintiff is a natural person residing in Stevensville, Berrien County, Michigan.

3. Plaintiff is allegedly obligated to pay a debt and is a consumer as defined by 15 U.S.C. § 1692a(3).

4. Defendant is a New York company having its principal place of business located in Buffalo, Erie County, New York.

5. Defendant is a debt collector as defined by 15 U.S.C. § 1692a(6), and sought to collect a consumer debt from Plaintiff.

6. Defendant acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## Jurisdiction and Venue

7. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

8. Because Defendant conducts business and is principally located in the state of New York, personal jurisdiction is established

9. Venue is proper pursuant to 28 U.S.C. § 1391(b)(1).

10. Declaratory relief is available pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201 - 2202.

## Factual Allegations

11. Defendant constantly and continuously places collection calls to Plaintiff from the phone number (716) 691-5700.

12. Defendant failed to properly identify itself when placing collection calls to Plaintiff seeking and demanding payment for an alleged consumer debt.

13. Defendant failed to disclose that the call was from a debt collector when speaking to Plaintiff.

14. In order to determine the caller's identity, Plaintiff did a reverse lookup of the telephone number appearing on his caller ID and discovered that the number belonged to Defendant.

15. Defendant called Plaintiff's mother and failed to properly identify itself.

16. Defendant called Plaintiff's mother and indicated that Plaintiff had a court date on November 5, 2009 and unless Plaintiff voluntarily settled the debt he would have to appear in court on that date. Plaintiff called Defendant to confirm this information and was informed that he did not have a court date. To date, no lawsuit has been filed.

17. Defendant informed Plaintiff that it would file a 1099 tax form so that the debt would appear as Plaintiff's unclaimed income on his tax return.

## CLAIM FOR RELIEF

18. Defendant's violations of the FDCPA include, but are not limited to, the following:

   a. Defendant violated §1692b(1) of the FDCPA by failing to identify the caller and state that he is confirming or correcting location information concerning the Plaintiff when speaking to Plaintiff's mother.

   b. Defendant violated §1692b(2) of the FDCPA by informing Plaintiff's mother that he has an outstanding debt.

   c. Defendant violated §1692b(3) by communicating with Plaintiff's mother more than once and without request to do so or without reasonable belief that her earlier response was erroneous or incomplete.

   d. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person.

   e. Defendant violated §1692d(5) by causing a telephone to ring repeatedly or continuously with the intent to annoy, abuse, and/or harass the Plaintiff.

   f. Defendant violated §1692d(6) of the FDCPA by placing telephone calls without properly disclosing its identity.

    g. Defendant violated §1692e of the FDCPA by using false, deceptive, or misleading representations or means in connection with the collection of an alleged debt.

    h. Defendant violated §1692e(5) of the FDCPA by threatening to file a 1099 tax form that indicates Plaintiff's debt as income when Defendant cannot legally take such action and such action was not actually intended to be taken.

    i. Defendant violated §1692e(10) of the FDCPA by making false representations and engaging in deceptive means to collect an alleged debt because Defendant called Plaintiff's mother and falsely informed her that Plaintiff has a court date on November 5, 2009.

    j. Defendant violated §1692e(10) of the FDCPA by making false representations and engaging in deceptive means to collect an alleged debt because Defendant threatened to file a 1099 tax form that indicates Plaintiff's debt as income when such action cannot legally be taken.

    k. Defendant violated §1692e(11) of the FDCPA by failing to disclose in subsequent communications that the call is from a debt collector.

    l. Defendant violated §1692f of the FDCPA by engaging in unfair and unconscionable means to collect or attempt to collect an alleged debt.

19.    Plaintiff is entitled to his attorney's fees and costs incurred in this action.

20.    This case presents an actual and justiciable controversy within the meaning of the Declaratory Judgment Act, 28 U.S.C. §§ 2201 - 2202.

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant for the following:

(1)  Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*;

(2)  Actual damages

(3)  Statutory damages of $1000.00 pursuant to 15 U.S.C. § 1692k

(4)  Reasonable attorneys' fees, costs pursuant to 15 U.S.C. § 1692k; and

(5)  Awarding such other and further relief as may be just, proper and equitable.

Dated:      November 17, 2009

KROHN & MOSS, LTD.

By: _/s/ Adam T. Hill_____
Adam T. Hill
KROHN & MOSS, LTD.
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
Telephone:  312-578-9428
Telefax:  866-289-0898
ahill@consumerlawcenter.com
Attorneys for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, Bill Neeley, hereby demands a jury trial in this matter.

5

## VERIFICATION

STATE OF MICHIGAN )

:ss.:

COUNTY OF BERRIEN )

Plaintiff, BILL NEELEY, being duly sworn, deposes and says:

1. I am the Plaintiff in this civil proceeding;
2. I have read the foregoing Verified Complaint prepared by my attorneys and I believe that all of the facts contained therein are true and correct, to the best of my knowledge, and formed after reasonable inquiry;
3. I belief that this civil Complaint is well ground in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law;
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it;
6. Each and every exhibit I have provided to my attorneys, which has/have been attached to this Complaint, is/are true and correct copy(s) of the original(s); and
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated the exhibit(s), except that some of the attached may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, BILL NEELEY, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 11-17-09

_____
Bill Neeley