UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BILL NEELEY

                    Plaintiff,


        -against-                                    **NOTICE OF SETTLEMENT**

CREDITOR'S FINANCIAL GROUP, LLC                      Case 1:09-cv-1029
                    Defendant.


NOW COMES the Plaintiff, BILL NEELEY, by and through the undersigned counsel

and hereby informs the court that a settlement of the present matter has been reached and

is in the process of finalizing settlement, which Plaintiff anticipates will be finalized

within the next 30 days.

        Plaintiff therefore requests that this honorable court vacate all dates currently set

on calendar for the present matter.


                        RESPECTFULLY SUBMITTED,

                        By:   /s/ Adam T. Hill
                        Adam T. Hill,
                        Attorney for Plaintiff
                        Krohn & Moss, Ltd.
                        120 W. Madison St., 10th Fl.
                        Chicago, IL 60602
                        phone: (312) 578-9428
                        fax: (866) 802-0021
                        e-mail: ahill@consumerlawcenter.com