UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BILL NEELEY

        Plaintiff,

  -against-

CREDITOR'S FINANCIAL GROUP, LLC

        Defendant.

**NOTICE OF VOLUNTARY DISMISSAL**

Case 1:09-cv-1029

     BILL NEELEY (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, CREDITORS FINANCIAL GROUP, LLC (Defendant), in this case.

     Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By: /s/ Adam T. Hill
Adam T. Hill
Krohn & Moss, Ltd.
120 W. Madison St., 10th Fl.
Chicago, IL 60602
Tel.: 312-578-9428
Fax: 866-802-0021
ahill@consumerlawcenter.com
Attorney for Plaintiff

1